## STEIN v STATE OF FLORIDA

### Case No. 88-740-AC (County Court Case No. 21906-87)

Fifth Judicial Circuit, Marion County

August 7, 1989

### APPEARANCES OF COUNSEL

**David D. Ege,** Whited & Johnson, for appellant.

**Christopher B. Herrick,** Assistant State Attorney, for appellee.

Before McNEAL, PETERSON, TOMBRINK, JJ.

### OPINION OF THE COURT

PER CURIAM.

The state admitted that defendant's vehicle was inoperable by failing to traverse a Motion to Dismiss pursuant to Rule 3.190(c)(4), *Florida Rules of Criminal Procedure.* Although this defense may have been successful at trial, the fact of inoperability did not conclusively establish defendant's innocence as a matter of law. Because the state is not required to prove that a vehicle is operable to establish a prima facie case of driving under the influence, the court properly denied the Motion to Dismiss. *Jones v State,* 510 So.2d 1147 (Fla. 1st DCA 1987).

AFFIRMED. McNEAL, R., PETERSON, E., TOMBRINK, R., concur.